# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

April 20, 2010

Douglas E. Cressler  
Chief Deputy Clerk

Mr. Christopher Johnson  
Law Office of Christopher D. Johnson  
22647 Ventura Boulevard, #275  
Woodland Hills, CA 91364

**RE:     10-1141, United States v. Majors**
Dist/Ag docket: 1:07-CR-00471-JLK-1

Dear Counsel:

Appellant's docketing statement filed in this case is deficient.

The district court docket entries which include entry of the notice of appeal was not submitted. (See 10th Cir. R. 3.4 and 10th Cir. Form 1 in Appendix A to Tenth Circuit Rules)

In addition, the transcript order form is a separate document; it is not part of the docketing statement. Please extract the transcript order form from the docketing statement and docket it separately.

The deficient docketing statement that you filed will be deleted. You must file a corrected docketing statement. The corrected docketing statement must include proof of service upon all other parties to the appeal.

Please correct the stated deficiencies within 10 days after the date of this letter. Otherwise, the deficient docketing statement will be stricken from the court docket.

Sincerely,

Elisabeth A. Shumaker  
Clerk of the Court

cc:     Kenneth M. Harmon  
EAS/klp