## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

### DOCKETING STATEMENT

---

Case Name: **United States of America v. Eric Richfield Majors**

Appeal No. (if available) : **101141**

Court/Agency Appeal From: **Denver, District of Colorado**

Court/Agency Docket No.: **07CR471**    District Judge: **Judge John L. Kane**

Party or Parties filing Notice of Appeal/Petition: _____
**Defendant, Eric Richfield Majors**

## I.    TIMELINESS OF APPEAL OR PETITION FOR REVIEW

### A.    APPEAL FROM DISTRICT COURT

    1.    Date notice of appeal filed: **April 5, 2010**

        a.    Was a motion filed for an extension of time to file the notice of appeal? If so, give the filing date of the motion, the date of any order disposing of the motion, and the deadline for filing notice of appeal:

        b.    Is the United States or an officer or an agency of the United States a party to this appeal?    **Yes.**

    2.    Authority fixing time limit for filing notice of appeal:

Fed. R. App. 4 (a)(1)(A) _____    Fed. R. App. 4(a)(6) _____
Fed. R. App. 4 (a)(1)(B) _____    Fed. R. App. 4(b)(1) _____
Fed. R. App. 4 (a)(2) _____    Fed. R. App. 4(b)(3) _____
Fed. R. App. 4 (a)(3) _____    Fed. R. App. 4(b)(4) _____
Fed. R. App. 4 (a)(4) _____    Fed. R. App. 4(c) _____
Fed. R. App. 4 (a)(5) _____
Other: _____ **14 days from Final Judgement.**

    3.    Date final judgment or order to be reviewed was filed and **entered**

on the district court docket:     **March 23, 2010**

4.  Does the judgment or order to be reviewed dispose of **all** claims by and against **all** parties? *See* Fed. R. Civ. P. 54(b).

    **Yes.**

**(If the order being appealed is not final, please answer the following questions in this section.)**

   a.  If not, did district court direct entry of judgment in accordance with Fed. R. Civ. P. 54(b)? When was this done?

   b.  If the judgment or order is not a final disposition, is it appealable under 28 U.S.C. § 1292(a)?

   c.  If none of the above applies, what is the **specific** statutory basis for determining that the judgment or order is appealable?

5.  Tolling Motions.  *See* Fed. R. App. P. 4(a)(4)(A); 4(b)(3)(A).

   a.  Give the filing date of any motion under Fed. R. Civ. P. 50(b), 52(b), 59, 60, including any motion for reconsideration, and in a criminal appeal any motion for judgment of acquittal, for arrest of judgment or for new trial, filed in the district court:

   **None.**

   b.  Has an order been entered by the district court disposing of that motion, and, if so, when?

6.  Bankruptcy Appeals.  (To be completed only in appeals from a judgment, order or decree of a district court in a bankruptcy case or from an order of the Bankruptcy Appellate Panel.)

Are there assets of the debtor subject to administration by a district or bankruptcy court?

Please state the approximate amount of such assets, if known.

_____

_____

B.   **REVIEW OF AGENCY ORDER** (To be completed only in connection with petitions for review or applications for enforcement filed directly with the Court of Appeals.)

1.   Date petition for review was filed: _____

2.   Date of the order to be reviewed: _____

3.   Specify the statute or other authority granting the court of appeals jurisdiction to review the order: _____

_____

4.   Specify the time limit for filing the petition (cite specific statutory section or other authority): _____

_____

C.   **APPEAL OF TAX COURT DECISION**

1.   Date notice of appeal was filed: _____
     (If notice was filed by mail, attach proof of postmark.)

2.   Time limit for filing notice of appeal: _____

3.   Date of entry of decision appealed: _____

4.   Was a timely motion to vacate or revise a decision made under the Tax Court's Rules of Practice, and if so, when? *See* Fed. R. App. P. 13(a) _____

II.   **LIST ALL RELATED OR PRIOR RELATED APPEALS IN THIS COURT
      WITH APPROPRIATE CITATION(S).** If none, please so state.

      **None.**

III.  **GIVE A BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT
      BELOW.**

IV.   **ISSUES RAISED ON APPEAL.**

V.    **ADDITIONAL INFORMATION IN CRIMINAL APPEALS.**

A.    Does this appeal involve review under 18. U.S.C. § 3742(a) or (b) of the
      sentence imposed?    **Yes.**

B.    If the answer to question in A is yes, does the defendant also challenge the
      judgment of conviction?    **Yes.**

C.    Describe the sentence imposed. **60 months Incarceration, 3 years
      supervised release, Restitution of $166,540.00, Mental Health Treatment.**

D.    Was the sentence imposed after a plea of guilty?    **Yes.**

E.    If the answer to question D is yes, did the plea agreement include a waiver
      of appeal and/or collateral
      challenges?                     **No.**

F.    Is defendant on probation or at liberty pending appeal?  **Until Aug. 2, 2010**

G.    If the defendant is incarcerated, what is the anticipated release date if the
      judgment of conviction is fully
      executed?    **Due to be incarcerated on Aug. 2, 2010**

NOTE:       In the event expedited review is requested, the
            defendant shall consider whether a transcript of
            any portion of the trial court proceedings is
            necessary for the appeal. Necessary transcripts
            must be ordered at the time of appeal by
            completing and delivering the transcript order
            form to the clerk of the district court when a
            notice of appeal is filed. Defendant/appellant
            must refrain from ordering any unnecessary
            transcript as this will delay the appeal. If the
            court orders this appeal expedited, it will set a
            schedule for preparation of necessary transcripts,
            for designation and preparation of the record on
            appeal, and for filing briefs. If issues other than
            sentencing are raised by this appeal, the court will
            decide whether bifurcation is desirable.

VI.  **INDICATE WHETHER ORAL ARGUMENT IS DESIRED IN THIS APPEAL.** If so, please state why. Yes.  Defendant desires oral argument for the following reasons: "Yes. I believe that it is necessary in order to fully disclose all matters to the court due to the complexity of the case.  This is an intricate case involving a great deal of paper work and the sentence relied heavily heavily tainted information and I did not properly aeddress the court about critical matters in regards to my sentencing. And in order to sustain, protect, and preserve the integrity of our current judicial system and the rights of citizens to address the court directly andbe heard, where written dialog is not adiquate to describe specific events in detail as may be required in this case. Legal merrit, elements of my case impact a broad segment of business owners and society."

VII.  **ATTORNEY FILING DOCKETING STATEMENT:**

Name: Christopher D. Johnson, Esq. Telephone: (818) 888-7540

Firm: Johnson & Pham LLP

Email Address: cjohnson@johsonpham.com

Address: 6355 Topanga Canyon Blvd., Suite 115

Woodland Hills, CA 91367

_____

**PLEASE IDENTIFY ON WHOSE BEHALF THE DOCKETING STATEMENT IS FILED:**

A.  ☒  Appellant

☐  Petitioner

☐  Cross-Appellant

B.    **PLEASE IDENTIFY WHETHER THE FILING COUNSEL IS**

       ☒    Retained Attorney

       ☐    Court-Appointed

       ☐    Employed by a government entity
           (please specify_____)

       ☐    Employed by the Office of the Federal Public Defender.

_____    April 20, 2010
Signature                                                                  Date

☒    Attorney at Law

NOTE:    A copy of the court or agency docket sheet, the final judgment
or order appealed from, any pertinent findings and conclusions,
opinions, or orders, any motion filed under Fed. R. Civ. P.
50(b), 52(b), 59, or 60, including any motion for
reconsideration, for judgment of acquittal, for arrest of
judgment, or for new trial, and the dispositive order(s), any
motion for extension of time to file notice of appeal and the
dispositive order, and the notice of appeal or petition for review
**must be submitted with the Docketing Statement**, except as
otherwise provided in Section I of the instructions.

The Docketing Statement must be filed with the Clerk via the
court's Electronic Case Filing System (ECF). Instructions and
information regarding ECF may be found on the court's website,
www.ca10.uscourts.gov.

This Docketing Statement must be accompanied by proof of
service.

The following Certificate of Service may be used.

## CERTIFICATE OF SERVICE

I, _____Christopher D. Johnson_____ hereby certify that on
    [appellant/petitioner or attorney therefor]

____April 20, 2010____ I served a copy of the foregoing **Docketing Statement,**
        [date]

to:   Kenneth M. Harmon

Assistant United States Atty., at kenneth.harmon@usdoj.gov

    [counsel for/or appellee/respondent]

_____

_____, the last known

address/email address,  by __email_____.
                    [state method of service]

_____
Signature

_____4/20/10_____
Date

CHRISTOPHER D. JOHNSON, ESQ.

Johnson & Pham LLP

6355 Topanga Canyon Blvd., Suite 115

Woodland Hills, CA 91367
    [Full name and address of attorney]

CMECF   Query       Reports ▾      Utilities ▾      Logout

**1:07-cr-00471-JLK** USA v. Majors et al
Date filed: 11/28/2007
Date terminated: 04/07/2010
Date of last filing: 04/16/2010

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | Filed: | 10/12/2007 | Complaint |
| | Entered: | 10/15/2007 | |
| 2 | Filed: | 10/12/2007 | Warrant Issued |
| | Entered: | 10/15/2007 | |
| 3 | Filed: | 10/12/2007 | Motion to Seal Case |
| | Entered: | 10/15/2007 | |
| | Terminated: | 10/15/2007 | |
| 4 | Filed & Entered: | 10/15/2007 | Order on Motion to Seal Case |
| 5 | Filed & Entered: | 11/28/2007 | Motion to Unseal Document |
| | Terminated: | 11/29/2007 | |
| 7 | Filed: | 11/28/2007 | Indictment |
| | Entered: | 11/29/2007 | |
| 8 | Filed: | 11/28/2007 | Warrant Issued |
| | Entered: | 11/29/2007 | |
| 6 | Filed & Entered: | 11/29/2007 | Order on Motion to Unseal Document |
| 21 | Filed & Entered: | 02/08/2008 | Rule 5(c)(3) Documents Received |
| 26 | Filed: | 02/13/2008 | Initial Appearance |
| | Entered: | 02/14/2008 | |
| 27 | Filed: | 02/13/2008 | Discovery Hearing Report |
| | Entered: | 02/14/2008 | |
| 22 | Filed & Entered: | 02/14/2008 | Minute Order |
| 23 | Filed & Entered: | 02/14/2008 | Motion to Join |
| | Terminated: | 02/14/2008 | |
| 24 | Filed & Entered: | 02/14/2008 | Order on Motion to Join |
| 25 | Filed & Entered: | 02/14/2008 | Motion to Disclose Grand Jury Material to Defendant |
| | Terminated: | 02/14/2008 | |
| 28 | Filed & Entered: | 02/14/2008 | Order on Motion to Disclose Grand Jury Material |
| 29 | Filed & Entered: | 02/15/2008 | Order on Motion to Declare Case Complex |
| 30 | Filed & Entered: | 02/15/2008 | Set/Reset Deadlines and Hearings |
| 31 | Filed & Entered: | 02/15/2008 | Set/Reset Deadlines and Hearings |
| 32 | Filed & Entered: | 02/15/2008 | Set/Reset Deadlines and Hearings |
| 33 | Filed & Entered: | 02/15/2008 | Set/Reset Deadlines and Hearings |
| 34 | Filed & Entered: | 02/27/2008 | Notice (Other) |
| 35 | Filed & Entered: | 03/31/2008 | Status Report |

| | *Filed & Entered:* | 04/29/2008 | Status Report |
|---|---|---|---|
| 37 | *Filed & Entered:* | 05/01/2008 | Minute Order |
| 38 | *Filed & Entered:* | 05/09/2008 | Status Conference |
| 39 | *Filed & Entered:* | 05/09/2008 | Set/Reset Deadlines and Hearings |
| 41 | *Filed & Entered:* | 05/13/2008 | Minute Order |
| 43 | *Filed & Entered:*<br>*Terminated:* | 07/01/2008<br>07/07/2008 | Motion to Take Deposition |
| 44 | *Filed & Entered:* | 07/07/2008 | Order |
| 45 | *Filed & Entered:* | 07/07/2008 | Order |
| 46 | *Filed & Entered:* | 07/07/2008 | Order |
| 47 | *Filed & Entered:* | 07/07/2008 | Order |
| 48 | *Filed & Entered:* | 07/07/2008 | Order |
| 49 | *Filed & Entered:* | 07/07/2008 | Order on Motion to Take Deposition |
| 57 | *Filed & Entered:* | 07/31/2008 | Status Report |
| 58 | *Filed & Entered:* | 08/01/2008 | Set/Reset Deadlines and Hearings |
| 59 | *Filed & Entered:*<br>*Terminated:* | 08/01/2008<br>08/21/2008 | Motion for Order |
| 60 | *Filed & Entered:*<br>*Terminated:* | 08/01/2008<br>08/20/2008 | Motion for Order |
| 61 | *Filed & Entered:*<br>*Terminated:* | 08/01/2008<br>08/04/2008 | Motion for Order |
| 62 | *Filed & Entered:* | 08/04/2008 | Order on Motion for Order |
| 63 | *Filed & Entered:* | 08/20/2008 | Order on Motion for Order |
| 64 | *Filed & Entered:* | 08/21/2008 | Order on Motion for Order |
| 65 | *Filed & Entered:* | 08/29/2008 | Status Report |
| 66 | *Filed & Entered:* | 09/03/2008 | Minute Order |
| 67 | *Filed & Entered:*<br>*Terminated:* | 09/12/2008<br>09/15/2008 | Motion to Continue |
| 70 | *Filed & Entered:* | 09/19/2008 | Minute Order |
| 71 | *Filed:*<br>*Entered:* | 09/19/2008<br>09/22/2008 | Status Conference |
| 72 | *Filed & Entered:* | 10/31/2008 | Reassigning Judge |
| 73 | *Filed & Entered:*<br>*Terminated:* | 10/31/2008<br>11/04/2008 | Motion for Extension of Time to File |
| 74 | *Filed & Entered:* | 11/04/2008 | Order on Motion for Extension of Time to File |
| 75 | *Filed & Entered:* | 11/04/2008 | Set/Reset Deadlines and Hearings |
| 76 | *Filed & Entered:*<br>*Terminated:* | 11/21/2008<br>11/25/2008 | Motion For Attorney Fees |
| 77 | *Filed & Entered:* | 11/25/2008 | Order on Motion For Attorney Fees |
| 79 | *Filed & Entered:* | 12/11/2008 | Minute Order |
| 81 | *Filed:*<br>*Entered:* | 12/19/2008<br>12/24/2008 | Status Conference |
| 82 | *Filed & Entered:*<br>*Terminated:* | 12/24/2008<br>01/02/2009 | Motion for Speedy Trial |

| 83 | Filed & Entered: | 01/09/2009 | Order on Motion for Speedy Trial |
| 84 | Filed & Entered: | 01/23/2009 | Status Conference |
| 85 | Filed & Entered:<br>Terminated: | 01/28/2009<br>01/28/2009 | Motion to Continue |
| 88 | Filed:<br>Entered: | 03/06/2009<br>03/09/2009 | Status Conference |
| 89 | Filed & Entered: | 03/18/2009 | Notice of Disposition |
| 90 | Filed & Entered: | 03/18/2009 | Minute Order |
| 91 | Filed:<br>Entered: | 04/17/2009<br>04/21/2009 | Information - Felony |
| 92 | Filed:<br>Entered: | 04/17/2009<br>04/21/2009 | Waiver of Indictment |
| 93 | Filed:<br>Entered: | 04/17/2009<br>04/21/2009 | Change of Plea Hearing |
| 94 | Filed:<br>Entered: | 04/17/2009<br>04/21/2009 | Plea Agreement |
| 95 | Filed:<br>Entered: | 04/17/2009<br>04/21/2009 | Statement |
| 96 | Filed & Entered: | 06/26/2009 | Docket Annotation |
| 97 | Filed & Entered:<br>Terminated: | 07/13/2009<br>07/14/2009 | Motion to Continue |
| 98 | Filed & Entered: | 07/14/2009 | Order on Motion to Continue |
| 100 | Filed & Entered: | 11/17/2009 | Order Setting Hearing |
| 102 | Filed & Entered:<br>Terminated: | 01/08/2010<br>01/12/2010 | Motion to Continue |
| 104 | Filed & Entered: | 01/12/2010 | Transcript |
| 105 | Filed & Entered: | 01/12/2010 | Order on Motion to Continue |
| 107 | Filed & Entered: | 01/13/2010 | Sealed Presentence Report |
| 108 | Filed & Entered: | 01/13/2010 | Sealed Addendum to Presentence Report |
| 110 | Filed & Entered: | 03/07/2010 | Sentencing Statement |
| 111 | Filed & Entered: | 03/07/2010 | Exhibits |
| 120 | Filed:<br>Entered: | 03/15/2010<br>03/19/2010 | Order on Motion for Protective Order |
| 121 | Filed:<br>Entered: | 03/15/2010<br>03/19/2010 | Order |
| 115 | Filed & Entered:<br>Terminated: | 03/16/2010<br>03/15/2010 | Motion for Protective Order |
| 116 | Filed & Entered: | 03/17/2010 | Sealed Objection/Response to Presentence Report |
| 117 | Filed & Entered: | 03/18/2010 | Motion for Departure |
| 118 | Filed & Entered: | 03/18/2010 | Sentencing Statement |
| 119 | Filed & Entered: | 03/18/2010 | Sealed Objection/Response to Presentence Report |
| 122 | Filed & Entered: | 03/19/2010 | Sentencing |
| 124 | Filed & Entered: | 03/23/2010 | Judgment |

|     | Filed:<br>Entered: | 04/05/2010 🗎 Notice of Appeal<br>04/07/2010 |
| 128 |  |  |
| 130 | Filed & Entered: | 04/07/2010 🗎 Letter Transmitting Notice of Appeal |
| 131 | Filed & Entered: | 04/08/2010 🗎 USCA Case Number |
| 132 | Filed & Entered: | 04/09/2010 🗎 Transcript |
| 134 | Filed & Entered: | 04/14/2010 🗎 Motion to Appoint Counsel |
| 135 | Filed & Entered: | 04/15/2010 🗎 USCA Appeal Fees |
| 136 | Filed & Entered: | 04/16/2010 🗎 Motion to Withdraw as Attorney |

## PACER Service Center

### Transaction Receipt

04/20/2010 13:59:26

| PACER Login: | jo1764 | Client Code: |  |
| Description: | History/Documents | Search Criteria: | 1:07-cr-00471-JLK |
| Billable Pages: | 3 | Cost: | 0.24 |

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ COLORADO _____

UNITED STATES OF AMERICA
V.

**JUDGMENT IN A CRIMINAL CASE**

ERIC RICHFIELD MAJORS

| | |
|---|---|
| Case Number: | 07-cr-00471-JLK-01 |
| USM Number: | 33467-112 |
| Christopher Johnson, Retained | |
| Defendant's Attorney | |

**THE DEFENDANT:**

☒ pleaded guilty to Count      One of the Superseding Information

☐ pleaded nolo contendere to Count(s) _____
which was accepted by the Court.

☐ was found guilty on Count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Defraud the SEC and the IRS, and to Commit Offenses Against the United States | 04/28/05 | One |

The defendant is sentenced as provided in pages 2 through ____10____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on Count(s) _____

☒ The   Indictment   ☒ is   ☐ dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 19, 2010
Date of Imposition of Judgment

*s/John L. Kane*
Signature of Judge

John L. Kane, Senior U.S. District Judge
Name and Title of Judge

March 23, 2010
Date

Case 1:07-cr-00471-JLK   Document 124   Filed 03/23/10   USDC Colorado   Page 2 of 10

AO 245B     (Rev. 09/08) Judgment in Criminal Case
            Sheet 2 — Imprisonment

DEFENDANT:          ERIC RICHFIELD MAJORS
CASE NUMBER:        07-cr-00471-JLK-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
sixty (60) months.

[X]   The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant participate in the Residential Drug Abuse Program (RDAP) while incarcerated.

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ]   at _____   [ ] a.m. [ ] p.m.   on _____
      [ ]   as notified by the United States Marshal.

[X]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [X]   before 12 p.m. on   August 2, 2010   .
      [ ]   as notified by the United States Marshal.
      [X]   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____   to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

APR-12-2010 MON 09:54 AM U.S. DISTRICT COURT     FAX NO. 303 335 2211     P. 04
Appellate Case: 10-1141   Document: 01018406095   Date Filed: 04/20/2010   Page: 15

Case 1:07-cr-00471-JLK   Document 124   Filed 03/23/10   USDC Colorado   Page 3 of 10

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
            Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___10___

DEFENDANT:        ERIC RICHFIELD MAJORS
CASE NUMBER:      07-cr-00471-JLK-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:     three (3) years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

☐ The above drug testing condition is suspended, based on the Court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this Court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the Court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and
14) the defendant shall provide access to any requested financial information.

APR-12-2010 MON 09:54 AM U.S. DISTRICT COURT          FAX NO. 303 335 2211          P. 05
Appellate Case: 10-1141   Document: 01018406095   Date Filed: 04/20/2010   Page: 16

Case 1:07-cr-00471-JLK   Document 124   Filed 03/23/10   USDC Colorado   Page 4 of 10

AO 245B        (Rev. 09/08) Judgment in a Criminal Case
               Sheet 3C — Supervised Release

Judgment—Page ___4___ of ___10___

DEFENDANT:          ERIC RICHFIELD MAJORS
CASE NUMBER:        07-cr-00471-JLK-01

## SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall abide by all rules and regulations of the IRS.

2) The defendant shall not be employed in any fiduciary position without prior permission of the Court, and the defendant shall not be employed in any capacity as a securities broker.

3) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, or aid and abet anyone else to obtain credit to be used by him, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

4) The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

APR-12-2010 MON 09:54 AM U.S. DISTRICT COURT          FAX NO. 303 335 2211          P. 06
Appellate Case: 10-1141   Document: 01018406095   Date Filed: 04/20/2010   Page: 17

Case 1:07-cr-00471-JLK   Document 124   Filed 03/23/10   USDC Colorado   Page 5 of 10

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

|  |  |
|---|---|
| DEFENDANT: | ERIC RICHFIELD MAJORS |
| CASE NUMBER: | 07-cr-00471-JLK-01 |

Judgment — Page ___5___ of ___10___

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 166,540.57 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| IRS | $39,301.17 | $39,301.17 | |
| Ron and Phyllis Hackl | $10,856.58 | $10,856.58 | |
| Sharon Bobbitt | $38,390.80 | $38,390.80 | |
| Rae Nimeh (aka Raed Abunimeh) | $36,893.84 | $36,893.84 | |
| Stephen Shydo | $15,294.39 | $15,294.39 | |
| Charles Eric Magruder | $19,589.17 | $19,589.17 | |
| Randy S. Coombs | $6,214.62 | $6,214.62 | |
| TOTALS | $ 166,540.57 | $ 166,540.57 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The Court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☒ the interest requirement is waived for the   ☐ fine   ☒ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

APR-12-2010 MON 09:55 AM U.S. DISTRICT COURT        FAX NO. 303 335 2211        P. 07
Appellate Case: 10-1141    Document: 01018406095    Date Filed: 04/20/2010    Page: 18

Case 1:07-cr-00471-JLK  Document 124  Filed 03/23/10  USDC Colorado  Page 6 of 10

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___6___ of ___10___

DEFENDANT:        ERIC RICHFIELD MAJORS
CASE NUMBER:    07-cr-00471-JLK-01

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B ☒ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☒ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

The defendant shall pay restitution to the individual victims in the total amount of $127,239.40, which is due and payable immediately, with any unpaid balance to be paid in equal monthly installments of not less than $250.00 during the term of supervised release. The Clerk of the Court shall disperse restitution to the victims proportionate to their losses. The defendant shall pay restitution to the IRS in the amount of $39,301.17; however, the method and process for collecting restitution to the IRS is hereby delegated to the IRS and not to the Probation Department.

Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following Court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and Court costs.

APR-12-2010 MON 09:55 AM U.S. DISTRICT COURT       FAX NO. 303 335 2211        P. 08
Appellate Case: 10-1141   Document: 01018406095   Date Filed: 04/20/2010   Page: 19

Case 1:07-cr-00471-JLK  Document 124  Filed 03/23/10  USDC Colorado  Page 7 of 10

AO 245B (Rev. 09/08) Criminal Judgment
Attachment (Page 1) — Statement of Reasons

Judgment—Page __7__ of __10__

DEFENDANT:        ERIC RICHFIELD MAJORS
CASE NUMBER:      07-cr-00471-JLK-01

## STATEMENT OF REASONS

**I  COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT**

A ☐   The Court adopts the presentence investigation report without change.

B ☒   The Court adopts the presentence investigation report with the following changes.

(Check all that apply and specify Court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.) (Use page 4 if necessary.)

1  ☒  Chapter Two of the U.S.S.G. Manual determinations by Court (including changes to base offense level, or specific offense characteristics):

The tax loss is $39,301.17. The gain from the SEC fraud is $1,241,476.

2  ☒  Chapter Three of the U.S.S.G. Manual determinations by Court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple Counts, or acceptance of responsibility):

The Court makes no finding regarding the enhancement for obstruction, because it will not affect the sentence.

3  ☐  Chapter Four of the U.S.S.G. Manual determinations by Court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

4  ☒  Additional Comments or Findings (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions):

Restitution owing to the IRS is $39,301.17.

C ☐   The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.

**II  COURT FINDING ON MANDATORY MINIMUM SENTENCE (Check all that apply.)**

A ☒   No Count of conviction carries a mandatory minimum sentence.

B ☐   Mandatory minimum sentence imposed.

C ☐   One or more Counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the Court has determined that the mandatory minimum does not apply based on

☐  findings of fact in this case

☐  substantial assistance (18 U.S.C. § 3553(e))

☐  the statutory safety valve (18 U.S.C. § 3553(f))

**III  COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):**

Total Offense Level: 31
Criminal History Category: I
Imprisonment Term: 60 months
Supervised Release Range: 2 to 3 years
Fine Range: $ 15,000 to $ 150,000
☒ Fine waived or below the guideline range because of inability to pay.

APR-12-2010 MON 09:55 AM U.S. DISTRICT COURT          FAX NO. 303 335 2211          P. 09
Appellate Case: 10-1141   Document: 01018406095   Date Filed: 04/20/2010   Page: 20

Case 1:07-cr-00471-JLK   Document 124   Filed 03/23/10   USDC Colorado   Page 8 of 10

AO 245B   (Rev. 09/08) Criminal Judgment
Attachment (Page 2) — Statement of Reasons

Judgment—Page ___8___ of ___10___

DEFENDANT:          ERIC RICHFIELD MAJORS
CASE NUMBER:        07-cr-00471-JLK-01

## STATEMENT OF REASONS

**IV    ADVISORY GUIDELINE SENTENCING DETERMINATION** (Check only one.)

A  [X]  The sentence is within an advisory guideline range that is not greater than 24 months, and the Court finds no reason to depart.

B  [ ]  The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons.
(Use page 4 if necessary.)

C  [ ]  The Court departs from the advisory guideline range for reasons authorized by the sentencing guidelines manual.
(Also complete Section V.)

D  [ ]  The Court imposed a sentence outside the advisory sentencing guideline system. (Also complete Section VI.)

**V    DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES** (If applicable.)

A  The sentence imposed departs (Check only one.):
[ ] below the advisory guideline range
[ ] above the advisory guideline range

B  Departure based on (Check all that apply.):

1    Plea Agreement (Check all that apply and check reason(s) below.):
[ ] 5K1.1 plea agreement based on the defendant's substantial assistance
[ ] 5K3.1 plea agreement based on Early Disposition or "Fast-track" Program
[ ] binding plea agreement for departure accepted by the Court
[ ] plea agreement for departure, which the Court finds to be reasonable
[ ] plea agreement that states that the government will not oppose a defense departure motion.

2    Motion Not Addressed in a Plea Agreement (Check all that apply and check reason(s) below.):
[ ] 5K1.1 government motion based on the defendant's substantial assistance
[ ] 5K3.1 government motion based on Early Disposition or "Fast-track" program
[ ] government motion for departure
[ ] defense motion for departure to which the government did not object
[ ] defense motion for departure to which the government objected

3    Other
[ ] Other than a plea agreement or motion by the parties for departure (Check reason(s) below.):

C  Reason(s) for Departure (Check all that apply other than 5K1.1 or 5K3.1.)

| | | |
|---|---|---|
| [ ] 4A1.3 Criminal History Inadequacy | [ ] 5K2.1 Death | [ ] 5K2.11 Lesser Harm |
| [ ] 5H1.1 Age | [ ] 5K2.2 Physical Injury | [ ] 5K2.12 Coercion and Duress |
| [ ] 5H1.2 Education and Vocational Skills | [ ] 5K2.3 Extreme Psychological Injury | [ ] 5K2.13 Diminished Capacity |
| [ ] 5H1.3 Mental and Emotional Condition | [ ] 5K2.4 Abduction or Unlawful Restraint | [ ] 5K2.14 Public Welfare |
| [ ] 5H1.4 Physical Condition | [ ] 5K2.5 Property Damage or Loss | [ ] 5K2.16 Voluntary Disclosure of Offense |
| [ ] 5H1.5 Employment Record | [ ] 5K2.6 Weapon or Dangerous Weapon | [ ] 5K2.17 High-Capacity, Semiautomatic Weapon |
| [ ] 5H1.6 Family Ties and Responsibilities | [ ] 5K2.7 Disruption of Government Function | [ ] 5K2.18 Violent Street Gang |
| [ ] 5H1.11 Military Record, Charitable Service, Good Works | [ ] 5K2.8 Extreme Conduct | [ ] 5K2.20 Aberrant Behavior |
| | [ ] 5K2.9 Criminal Purpose | [ ] 5K2.21 Dismissed and Uncharged Conduct |
| [ ] 5K2.0 Aggravating or Mitigating Circumstances | [ ] 5K2.10 Victim's Conduct | [ ] 5K2.22 Age or Health of Sex Offenders |
| | | [ ] 5K2.23 Discharged Terms of Imprisonment |
| | | [ ] Other guideline basis (e.g., 2B1.1 commentary) |

D  Explain the facts justifying the departure. (Use page 4 if necessary.)

AO 245B    (Rev. 09/08) Criminal Judgment
           Attachment (Page 3) — Statement of Reasons

| | | | | Judgment—Page | 9 | of | 10 |

DEFENDANT:        ERIC RICHFIELD MAJORS
CASE NUMBER:      07-cr-00471-JLK-01

## STATEMENT OF REASONS

**VI   COURT DETERMINATION FOR SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM**
(Check all that apply.)

A   **The sentence imposed is** (Check only one.):
☐ below the advisory guideline range

☐ above the advisory guideline range

B   **Sentence imposed pursuant to** (Check all that apply.):

   1   **Plea Agreement** (Check all that apply and check reason(s) below.):
      ☐ binding plea agreement for a sentence outside the advisory guideline system accepted by the Court
      ☐ plea agreement for a sentence outside the advisory guideline system, which the Court finds to be reasonable
      ☐ plea agreement that states that the government will not oppose a defense motion to the Court to sentence outside the advisory guideline system

   2   **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
      ☐ government motion for a sentence outside the advisory guideline system
      ☐ defense motion for a sentence outside the advisory guideline system to which the government did not object
      ☐ defense motion for a sentence outside the advisory guideline system to which the government objected

   3   **Other**
      ☐ Other than a plea agreement or motion by the parties for a sentence outside the advisory guideline system (

C   **Reason(s) for Sentence Outside the Advisory Guideline System** (Check all that apply.)

☐ the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1)

☐ to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C. § 3553(a)(2)(A))

☐ to afford adequate deterrence to criminal conduct (18 U.S.C. § 3553(a)(2)(B))

☐ to protect the public from further crimes of the defendant (18 U.S.C. § 3553(a)(2)(C))

☐ to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner
(18 U.S.C. § 3553(a)(2)(D))

☐ to avoid unwarranted sentencing disparities among defendants (18 U.S.C. § 3553(a)(6))

☐ to provide restitution to any victims of the offense (18 U.S.C. § 3553(a)(7))

D   **Explain the facts justifying a sentence outside the advisory guideline system.** (Use page 4 if necessary.)

AO 245B    (Rev. 09/08) Criminal Judgment
           Attachment (Page 4) — Statement of Reasons

Judgment—Page ___10___ of ___10___

| | |
|---|---|
| DEFENDANT: | ERIC RICHFIELD MAJORS |
| CASE NUMBER: | 07-cr-00471-JLK-01 |

## STATEMENT OF REASONS

### VII  COURT DETERMINATIONS OF RESTITUTION

A ☐ Restitution Not Applicable.

B  Total Amount of Restitution:  $166,540.57

C  Restitution not ordered (Check only one.):

1 ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

2 ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

3 ☐ For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

4 ☐ Restitution is not ordered for other reasons. (Explain.)

D ☐ Partial restitution is ordered for these reasons (18 U.S.C. § 3553(c)):

### VIII  ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE (If applicable.)

Attachement B to Docketing Statement:
Appeals Case #:101141,  07CR471

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.07-CR-00471-JLK
UNITED STATES OF AMERICA

                  Plaintiff,

v.

1. Eric R. Majors and

                  Defendants.

---

## PRO SE DEFENDANT'S MOTION TO FILE APPLEAL

### I.      BACKGROUND

On March 16, 2010 the Pro Se Defendant, Eric Majors, was sentenced in the United States District Colorado Court for the District of Colorado.

Comes now the Pro Se Defendant, Majors, to file an appeal in regards to the sentence. The Pro Se Defendant requests the courts consideration in regards to this potentially tardy filing that has resulted from a misunderstanding between the Pro Se Defendant and his former attorney in regards to the timeline allowed to make this filing. The Pro Se Defendant has been unable to reach his former attorney by phone or email to confirm timeline details regarding this request for an appeal and as to whether or not an filing regarding the appeal was or was not already transmitted to the court.

The Pro Se Defendant begs the courts forgiveness if a duplicate request for an appeal has already been submitted on the Pro Se Defendant's behalf by his former legal council, and the Pro Se Defendant re-iterates his request for an appeal.

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2010, I manually filed the foregoing with the Clerk of

the Court by fax the filing to:

United States District Court- District Colorado
ATT: Clerk of the Court
901 19th Street
Denver, CO 80294-3589
Phone: 303-844-3433
Fax: 303-335-2714

And I have manually send notification of such filing to the following email addresses:

Email: Kenneth.Harmon@usdoj.gov
Kenneth M. Harmon
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
Direct (303) 454-0100
Fax: (303) 454-0402

Eric Majors
Pro Se Defendant
12930 Clifton Dr.
Boca Raton, FL 33428
Direct Phone: 210-544-6357
Email: ermajors@mailnew.com